USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/19/2020

LAW OFFICES OF
**KOFFSKY & FELSEN, LLC**
1150 BEDFORD STREET
STAMFORD, CONNECTICUT 06905
(203) 327-1500
FACSIMILE (203) 327-7660

**MEMO ENDORSED**

February 18, 2020

**BY ECF AND ELECTRONIC MAIL**

Honorable Edgardo Ramos
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

> The application is  X  granted
> ____ denied
>
> _/s/ Edgardo Ramos_
> Edgardo Ramos, U.S.D.J
> Dated: 2/19/2020
> New York, New York

Re: United States v. Rashawn Whidbee
Case No.: 1:19CR673 (ER)

Your Honor:

On February 5, 2020, counsel for Mr. Whidbee was notified that the Attorney General has decided not to seek the death penalty as to Rashawn Whidbee. Accordingly, I write this letter to respectfully request that I be permitted to withdraw as learned counsel for Mr. Whidbee.

Since Mr. Whidbee has retained private counsel and since this case is no longer a capital case within the meaning of 18 U.S.C. § 3005, the appointment of learned capital counsel by this Court is no longer required.

Therefore, it is respectfully <u>requested that I be permitted to withdraw as learned counsel from this case.</u>

Thank you for your attention to this matter.

Respectfully submitted,

/s/ Bruce D. Koffsky
Bruce D. Koffsky

cc: All Counsel of Record
Rashawn Whidbee
David Patton

BDK/ns