UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>RASHAWN WHIDBEE,<br><br>Defendant. | **ORDER**<br><br>19 Cr. 673 (ER) |

Ramos, D.J.:

The conference previously scheduled for **July 1, 2020**, is hereby RESCHEDULED to occur as a videoconference using the CourtCall platform on **July 15, 2020 at 9:00 a.m.**  A subsequent scheduling order with access information for the press and public will be issued on by July 10, 2020.

SO ORDERED.

Dated: June 30, 2020
       New York, New York

_____
Edgardo Ramos, U.S.D.J.