MEMO ENDORSED

# F

## Fischetti & Malgieri LLP

## M
### Attorneys at Law

*Ronald P. Fischetti*
*Phyllis A. Malgieri*

*Monica Nejathaim (NY, NJ)*

*Evan A. Brocato (Paralegal)*

747 Third Avenue
20th Floor
New York, NY 10017
212-593-7100 (Tel)
212-758-2809 (Fax)
*www.fischettilaw.com*

October 1, 2020

**BY ECF**
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

> The revised motions schedule is approved.
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: __10/2/2020__
> New York, New York

Re: **United States v. Rashawn Whidbee, 19 Cr. 673 (ER)**

Dear Judge Ramos:

 I write to respectfully request an extension of time to file pretrial motions on behalf of my client, Rashawn Whidbee. In an effort to continue discussions with regard to the voluminous amount of discovery turned over in this case, we seek an additional month to file our pretrial motions. Our motions are currently scheduled to be submitted on October 15, 2020, with the Government's response due on November 5, 2020 and our reply on November 12, 2020. I ask that Your Honor set a new schedule as follows:

> Defense Pretrial Motions due November 16, 2020;
> Government Response due December 7, 2020;
> Defense Reply due December 14, 2020.

The Government consents to this proposed schedule. Thank you in advance for considering this request.

Respectfully,

_____
/s
Ronald P. Fischetti

cc:   Christopher J. Clore, Esq.
      Michael D. Longyear, Esq.
      Jacob Warren, Esq.
       Assistant United States Attorneys
      (by ECF)