# Fischetti & Malgieri LLP

*Ronald P. Fischetti*
*Phyllis A. Malgieri*

*Monica Nejathaim (NY, NJ)*

*Evan A. Brocato (Paralegal)*

Attorneys at Law

**MEMO ENDORSED**

747 Third Avenue
20th Floor
New York, NY 10017
212-593-7100 (Tel)
212-758-2809 (Fax)
www.fischettilaw.com

November 10, 2020

**BY ECF**
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

> The application is __X__ granted
> _____ denied
>
> /s/ E. O. R.
> Edgardo Ramos, U.S.D.J
> Dated: __11/13/2020__
> New York, New York

**Re:** *United States v. Rashawn Whidbee*, 19 Cr. 673 (ER)

Dear Judge Ramos:

    I write to respectfully request an extension of time to file pretrial motions on behalf of my client, Rashawn Whidbee. We seek an additional one month to file our pretrial motions. Our motions are currently scheduled to be submitted on November 16, 2020, with the Government's response due on December 7, 2020 and our reply on December 14, 2020. I respectfully ask that Your Honor set a new schedule as follows:

> Defense Pretrial Motions due December 14, 2020;
> Government Response due January 4, 2020;
> Defense Reply due January 11, 2020.

The Government consents to this proposed schedule. Thank you in advance for considering this request.

    Respectfully,

    /s/
    Ronald P. Fischetti

cc:   Christopher J. Clore, Esq.
       Michael D. Longyear, Esq.
       Jacob Warren, Esq.
        Assistant United States Attorneys
       (by ECF)