UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    -against-

RASHAWN WHIDBEE,

           Defendant.

**ORDER**

19-cr-673 (ER)

Ramos, D.J.:

The jury trial previously scheduled to commence on February 15, 2021, is hereby rescheduled, and the following case scheduling order is hereby adopted:

1. Jury selection and trial will commence on **Monday, March 1, 2021 at 9:30 AM.**

2. Motions *in limine* are due **February 1, 2021** and oppositions are due **February 15, 2021.**

3. Proposed jury instructions, *voir dire* questions, and verdict sheet are due **February 1, 2021** and objections thereto are due **February 15, 2021.**

4. The Final Pretrial Conference will be held on **Thursday, February 25. 2021, at 2:00 PM.**

It is SO ORDERED.

Dated: New York, New York
       December 15, 2020

                                                           Edgardo Ramos, U.S.D.J.